**Donna MILLER, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE,**
Respondent.

No. 2006–3185.

United States Court of Appeals,
Federal Circuit.

April 10, 2006.

Donna Miller, pro se.

## ORDER

Order Vacated, See 2006 WL 2036548.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.